Dale DAVIDSON, Respondent,

v.

NORTHSHORE MANUFACTURING and State Fund Mutual Insurance Company, Relators.

No. C2–99–2135.

Supreme Court of Minnesota.

March 23, 2000.

Petersen, Sage & Graves, P.A., Louis A. Stockman, Duluth, for Respondent.

Lynn, Scharfenberg & Associates, Andrew W. Lynn, Minneapolis, Lawson, Marshall, McDonald & Galowitz, P.A., Elizabeth A. Raleigh, Lake Elmo, for Relators.

Falsani, Balmer, Peterson & Quinn, Sean M. Quinn, Duluth, amicus Minnesota Trial Lawyers Ass'n.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 22, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:
James H. Gilbert
James H. Gilbert
Associate Justice